# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1534
_____

DAGO BRUCE HALE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 15, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits. *See Amato v. Winn Dixie Stores/Sedgwick James*, 810 So. 2d 979 (Fla. 1st DCA 2002) (observing that whether a motion to disqualify was timely filed generally will involve a factual determination, and thus, is reviewed to determine whether competent, substantial evidence supports the trial court's ruling).

ROBERTS, ROWE, and RAY, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Anne M. Rush, Alachua, for Petitioner.

Pamela Jo Bondi, Attorney General, and Amanda Stokes, Senior Assistant Attorney General, Tallahassee, for Respondent.